# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Davis Laurens<br><br>*Defendant* | Case: 1:21-mj-00506<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Jonathan Davis Laurens__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, and Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(A), (D) and (G) - Entering and Remaining on the Floor of Congress, Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 06/29/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.29 10:52:14 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/29/21, and the person was arrested on *(date)* 6/30/21
at *(city and state)* DULUTH, GA.

Date: 6/30/21

*Arresting officer's signature*

John McBrien, FBI Special Agent
*Printed name and title*